UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ANTONIO ALVARADO-PEREZ (6), <br> RUBEN FELIX (7), <br> YOLANDA ALISIA QUINTERO-MERAZ (8), <br> Defendants. | Case No. 92cr1307-IEG <br><br> JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANTS |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice, and the Arrest Warrant be recalled.

IT IS SO ORDERED.

DATED: 10/12/13 .

HONORABLE IRMA E. GONZALEZ
United States District Judge